UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GRACE C. CLARK,

      Plaintiff,

  v.

GEORGIA DEPARTMENT OF HUMAN
RESOURCES,

      Defendant.

CIVIL ACTION
NO. 1:05-CV-1825-CAP

**O R D E R**

This matter is currently before the court on the magistrate judge's final report and recommendation [Doc. No. 36]. After carefully considering the report and recommendation of the magistrate judge [Doc. No. 36], the objections thereto [Doc. No. 37], and the record as a whole, the court receives the final report and recommendation with approval and ADOPTS it as the opinion and order of this court. Since this order resolves all pending issues in this matter, the court directs the clerk to close this file.

SO ORDERED, this 2nd day of August, 2006.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge